**GANS STEAMSHIP LINE, A Corporation, Plaintiff-Appellant, v. UNITED STATES of America, Defendant-Respondent.**

No. 353.

Circuit Court of Appeals, Second Circuit.

May 1, 1933.

Jacob S. Seidman, of New York City, for appellant.

George Z. Medalie, U. S. Atty., of New York City (Leon E. Spencer, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed on the authority of Moses v. United States (C. C. A.) 61 F.(2d) 791.

■

**GIICHI KENOSHITA, Appellant, v. A. E. BURNETT, District Director of Immigration, District No. 31, Appellee.**

No. 7228.

Circuit Court of Appeals, Ninth Circuit.

July 27, 1933.

J. E. Keating and T. E. Bowen, both of Los Angeles, Cal., for appellant.

Peirson M. Hall, U. S. Atty., and Clyde Thomas, Asst. U. S. Atty., both of Los Angeles, Cal., for appellee.

Before SAWTELLE, Circuit Judge, and NORCROSS, District Judge.

PER CURIAM.

Upon motion of appellee, ordered appeal herein dismissed for failure of appellant to file record and docket cause; mandate forthwith.